Submitted on appellant's brief January 6, reversed and remanded January 14, 1972

ROBERT GEORGE GRAVES, *Appellant, v.* CUPP, *Respondent.*

492 P2d 827

Willard E. Fox, and Allen, Stortz & Barlow, Salem, for appellant.

Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, for respondent.

Before SCHWAB, Chief Judge, and LANGTRY and FOLEY, Judges.

PER CURIAM.

The plaintiff's petition for a writ of habeas corpus was dismissed without a hearing on the ground that it failed to state facts sufficient to constitute grounds for relief.

On appeal defendant concedes that under *Newton v. Cupp,* 91 Adv Sh 253, 3 Or App 434, 474 P2d 532 (1970), "a hearing should have been held by the circuit court to take evidence concerning at least one of the allegations raised in the petition for a Writ of Habeas Corpus."

Reversed and remanded.